UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID ALLEN BERRY, | ) | |
| | ) | |
| Petitioner, | ) | No. SACV 07-0323 ABC (AJW) |
| | ) | |
| v. | ) | |
| | ) | ORDER ADOPTING REPORT AND |
| COLLEEN PRECIADO, et al., | ) | RECOMMENDATION OF |
| | ) | MAGISTRATE JUDGE |
| Respondents. | ) | |
| | ) | |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report), and petitioner's objections. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

DATED: July 2, 2008

Audrey B. Collins
United States District Judge