UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID ALLEN BERRY,<br><br>  Petitioner,<br><br>vs.<br><br>COLLEEN PRECIADO,<br><br>  Respondent. | Case No. SACV 07-323-ABC (AJW)<br><br>JUDGMENT |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: _July 2, 2008_

_____
Audrey B. Collins
United States District Judge